# U.S. Department of Justice
## United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| **PLAINTIFF** (CATS ID#: 01-FBI-003721) United States of America | **COURT CASE NUMBER** Civil No. B-01-185 |
| **DEFENDANT** Nineteen Thousand Five Hundred Dollars ($19,500.00) In United States Currency | **TYPE OF PROCESS** Notice of Publication |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
U.S. Marshal's Service
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
600 E. Harrison Street, Brownsville, TX 78520

United States District Court
Southern District of Texas
FILED
NOV 27 2001
Michael N. Milby
Clerk of Court

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Ronald G. Morgan
Assistant U.S. Attorney
U.S. Attorney's Office
600 E. Harrison Street, #201
Brownsville, TX 78520-7114

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold

PUBLISH MONITION & SERVE COMPLAINT: Please publish in the Brownsville Herald, Brownsville, T: once each week for three (3) consecutive weeks and provide voucher and copy of publication notice to AUSA AS soon as possible after the last day of publication.

Signature of Attorney or other Originator requesting service on behalf of:  [X] PLAINTIFF  [ ] DEFENDANT
TELEPHONE NUMBER: 956/548-2554
DATE: 11/08/01

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 79 | District to Serve No. 79 | Signature of Authorized USMS Deputy or Clerk | Date 11/19/0 |
|---|---|---|---|---|---|

I hereby certify and return that I [X] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
Brownsville Herald

Address (complete only if different than shown above)
1136 E. Vanburen
Brownsville, TX 78520

[ ] A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 11/14/01   Time: 2:30
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $45.00 | $.69 | | $45.69 | | | |

REMARKS:

PRIOR EDITIONS MAY BE USED   **1. CLERK OF THE COURT**   FORM USM-285 (Rev. 12/)