AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

CA B-01-185

DATE: 11/16/01

Service of the Summons and Complaint was made by me[1]

NAME OF SERVER (PRINT): BRANDON RATLIFF

TITLE: DUSM

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ERIC BARRON ATTORNEY'S ASSISTANT.

☐ Returned unexecuted: _____

United States District Court
Southern District of Texas
FILED

NOV 27 2001

Michael N. Milby
Clerk of Court

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 2 miles X .345 | $45.00 | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 11/16/01
Date

Signature of Server: [signature] Brandon Ratliff

Address of Server: 600 E. HARRISON BROWNSVILLE, TX 7850

Served at 2:30 P.M.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| U.S. Department of Justice | **PROCESS RECEIPT AND RETURN** |
|---|---|
| United States Marshals Service | See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form. |

| PLAINTIFF (CATS ID#: 01-FBI-003721) United States of America | COURT CASE NUMBER Civil No. B-01-185 |
|---|---|
| DEFENDANT Nineteen Thousand Five Hundred Dollars ($19,500.00) In United States Currency | TYPE OF PROCESS Complaint of Forfeiture |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Santiago Galarza, Attorney at Law

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
700 Paredes Ave., Suite 206, Brownsville, TX 78521

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Ronald G. Morgan
Assistant U.S. Attorney
U.S. Attorney's Office
600 E. Harrison Street, #201
Brownsville, TX 78520-7114

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

personally hand-deliver a copy of the Verified Complaint for Forfeiture in Rem to the above-named attorney and/or any other qualified member of law office.

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 956/548-2554
DATE: 11/08/01

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 79 | District to Serve No. 79 | Signature of Authorized USMS Deputy or Clerk: Brandon Ratliff | Date 11/19/01 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Eric Barron - Attorney's Assistant

☒ A person of suitable age and discretion then residing in the defendant's usual place of abode

Address (complete only if different than shown above):

Date of Service: 11/16/01    Time: 2:30 pm

Signature of U.S. Marshal or Deputy: Brandon Ratliff

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $45.00 | $.69 | | $45.69 | | | |

REMARKS: Left Summons with Attorney's Assistant Eric Barron at Mr. Galarza's office.

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |