7

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 0 8 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIV. NO. B-01-185 |
| | § | |
| NINETEEN THOUSAND FIVE HUNDRED DOLLARS | § | |
| ($19,500.00) IN UNITED STATES CURRENCY | § | |
| Defendant. | § | |

## MOTION FOR DEFAULT JUDGMENT AND
## AND ENTRY OF FINAL ORDER OF FORFEITURE

The United States of America, Plaintiff, pursuant to Rule 55 of the Federal Rules of Civil

Procedure, moves this Court for a Default Judgment and for Entry of Final Order of Forfeiture

against NINETEEN THOUSAND FIVE HUNDRED DOLLARS ($19,500.00) IN UNITED

STATES CURRENCY (hereafter "Defendant Currency") and as reasons state the following:

1.      On November 8, 2001, Plaintiff filed its Complaint for Forfeiture In Rem seeking

forfeiture of the Defendant Currency as the proceeds of, or as property used or intended to be

used to facilitate, a drug transaction in violation of 21 U.S.C. § 801 et. seq. On November 9,

2001, a copy of the complaint was served by certified mail, return receipt requested, on counsel

for claimants and upon claimants, George and Nelda Rangel. Government Exhibits 1[1] and 2. At

the time of service of the complaint upon claimants, they were also served with the

Government's first set of interrogatories. Government Exhibit 2.

2.      In accordance with Rule C(4) of the Supplemental Rules for Certain Admiralty

and Maritime Claims ("Supplemental Rules"), notice of forfeiture was published in the

---

[1]      The exhibits appear at the end of this document.

"Brownsville Herald" newspaper for three consecutive weeks, beginning on November 18, 2001 and ending on December 2, 2001.  Government Exhibits 3, 4, and 5.

3.    Pursuant to Supplemental Rule C(6), as amended, a claimant is required to file a verified statement of interest or claim within 20 days of the earlier of receiving actual notice of the Government's filing of the forfeiture in rem action or completion of notice by publication, under Supplemental Rule C(4).[2]  According to Supplemental Rule C(6), an answer must then be filed within 20 days after filing the claim or statement of interest.

4.    On November 26, 2001, counsel for the Government received a courtesy copy of a letter from claimants' counsel to the claimants.  In that letter, claimants' counsel notified claimants of his inability to further represent claimants in the matter of the forfeiture.  Government Exhibit 6.  In that letter, claimants' counsel informed claimants of the time requirements regarding the filing of a statement of interest and an answer to the complaint.  To date nothing has been filed by claimants.

5.    More than 60 days have past since personal service of the complaint was effected upon claimants.  Furthermore, more than 35 days have passed since notice by publication was completed..  To date, no one, including George and Nelda Rangel[3], has  filed a claim or

_____

[2]    In the monition sent to potential claimants in this case, the Government notified potential claimants to file  verified claim or statement of interest within 30 days and an answer within 20 days. Given the complete failure by any potential claimant, including the Rangels, to file either the claim or statement of interest or to file an answer within even the additional time, the difference between the former Supplemental Rule C(6) and the amended version is of no consequence.

[3]At the time the currency was originally seized, both individuals present at the time, one of whom was Mr. Rangel, disclaimed ownership and any knowledge regarding ownership of the Defendant Currency.  Government Exhibits 7 & 8.  Later, at the time a search of their residence,

statement of interest to Defendant Currency.[4]

  6.  Pursuant to the provisions of Rule 55(b)(2) of the Federal Rules of Civil

Procedure, a Judgment by Default and entry of a Final Order of Forfeiture against the Defendant

Currency is requested.[5]

           Respectfully submitted,

           MICHAEL T. SHELBY
           United States Attorney

By:   _(signature)_

           RONALD G. MORGAN
           Assistant U. S. Attorney
           Federal Bar No. 23902
           TX Bar No. 00795014
           600 East Harrison, # 201
           Brownsville, Texas 78520
           Tel No. (956) 548-2554

---

Mrs.Rangel informed the officers that she had no knowledge of the Defendant Currency.

[4]In September, 2001, prior to the Government's filing the complaint in this case, counsel for George and Nelda Rangel filed an administrative claim to the Defendant Currency. Government Exhibit 9. This administrative claim required the Drug Enforcement Administration to refer the matter to the United States Attorney for judicial resolution. That filing is distinct from and does not substitute for the Supplemental Rule C(6) verified claim. United States v. One 1988 Dodge Pickup, 959 F.2d 37, 42 (5th Cir. 1992). Any claim to the contrary "reflects a basic misunderstanding of the relationship between an administrative summary forfeiture proceeding and a judicial forfeiture proceeding." United States v. $50,200 in United States Currency, 76 F. Supp. 2d 1247 (D. Wy. 1999).

[5]The Fifth Circuit has repeatedly held that Rule C(6) requires strict compliance. United States v. Real Property Located at 14301 Gateway Boulevard West, 123 F.3d 312, 313 (5th Cir. 1997); United States v-. One 1988 Dodge Pickup, 959 F.2d 37, 42 (5th Cir. 1992); United States v. $38,570 in U.S. Currency, 950 F.2d 1108, 1115 (5th Cir. 1992); United States v. One 1978 Piper Navajo PA-31 Aircraft, 748 F.2d 316, 318-19 (5th Cir. 1984). In fact, untimely claims have been stricken for being as little as seven days late. United States v. $536,039.00, 760 F.2d 575 (S.D. Miss. 1990), aff'd 144 F.3d 51 (5th Cir. 1998).

## VERIFICATION

I, Ronald G. Morgan, Assistant United States Attorney, verify the following:

1.      I represent the Plaintiff in this action.  The Defendant Currency  was seized by an agent of the Federal Bureau of Investigation, who at the time of seizure had probable cause to believe the Defendant Currency was the proceeds of or was being or had been used to facilitate a drug transaction in violation of 21 U.S.C. § 801 et seq., and was therefore, subject to forfeiture.

2.      A Complaint for Forfeiture was filed by the United States of America against the Defendant Currency and was served upon all potentially interested persons.

3.      No claimant has appeared or defended this action within the time required by the Supplemental Rules of Civil Procedure for Certain Admiralty and Maritime Actions.

4.      The Plaintiff knows of no reason why Final Judgment by Default should not be entered against the Defendant   .

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___*8th*___ day of ___*January*_____ , 2002.

RONALD G. MORGAN
Assistant United States Attorney

| **SENDER:** COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly)  *Roselee Bustinza*   B. Date of Delivery  11-9 |
| | C. Signature<br>x *Rosa Lee Bustinza*   ☐ Agent  ☐ Addressee |
| 1. Article Addressed to:    —av— | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below.  ☐ No |
| SANTIAGO GALAR    \<br>ATTORNEY AT LA<br>470 PAREDES AVE   TE 206<br>BROWNSVILLE TX  3521<br><br>Re: Verified Compl   nt For Forfeiture In Rem<br>Cr. No. B-01-185 | |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Copy from service label)<br>**7000 1670 0005 7182 5858** | |

PS Form 3811, July 1999          Domestic Return Receipt          102595-99-M-1789

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

US ATTORNEYS OFFICE
600 E HARRISON ST #201
BROWNSVILLE TX 78520-7114



GOVERNMENT
EXHIBIT

1

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly) *George Rangl*   B. Date of Delivery 11/9/01<br>C. Signature<br>X *George Rngl*  ☐ Agent  ☐ Addressee<br>D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☐ No |

1. Article Addressed to:   ——av——

   GEOR₁E & NELDA RANGEL
   1900 COFFEEPORT APT L3
   BROWNSVILLE TX 78521

   Re: Verified Complaint For Forfeiture In Rem &
   Plaintiff's 1ˢᵗ set of Interrogatories
   Cr. No. B-01-185

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Copy from service label)
   7000 1670 0005 7182 5421

PS Form 3811, July 1999        Domestic Return Receipt        102595-00-M-0952

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

   U.S. ATTORNEY'S OFFICE
   600 E HARRISON ST #201
   BROWNSVILLE TX 78520-7114

13

GOVERNMENT
EXHIBIT
2

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § CIVIL ACTION NO. B-01 |
| V | §\ |
| | § |
| NINETEEN THOUSAND AND FIVE HUNDRED DOLLARS | |
| ($19,500.00) IN UNITED STATES CURRENCY | |

## PUBLISHER'S AFFIDA\

## NOTICE OF SEIZURE AND PROCESS

Notice is hereby given that on November 8, 2001,
United States of America filed a Complaint for Forfeit
against the property cited above. A Warrant of Seizure ;
Monition was issued by the Clerk of the Court upon the fi
of the Verified Complaint for Forfeiture in the above re
enced action. Anyone with an interest in the above proper
who seeks to contest the forfeiture must intervene by filin
claim in the manner set forth in the Supplemental Rules
Certain Admiralty and Maritime Claims, no later than
**days** after date of service and must serve and file th
answer within twenty **(20)** days after the date of filing of
claim. Anyone with interest in the above properties who d
not seek to contest the forfeiture but wishes to file a petit
for remission or mitigation must do so pursuant to the pro
dures mandated in 28 C.F.R. ½9. Any additional copy of su
petition must be filed with the U.S. District Clerk's Office, €
E. Harrison Street, Brownsville, Texas with a copy to Ron
G. Morgan, Assistant U.S. Attorney, 600 E. Harrison Stre
#201, Brownsville, Texas 78520-7114.

**STATE OF TEXAS**
**COUNTY OF CAMERON**

_____Ricardo Acosta_____, being duly sw
the bookkeeper of the Brownsville Herald and that the a

Notice Of Seizure And Process
_____

appeared in the following issues _____November 18,

#4745_____

*Ricardo Acosta*

Subscribed and sworn before me this____21st____ day of _____November_____
A.D. 2001

OLGA SALDIVAR
Notary Public
STATE OF TEXAS
My Comm Exp 3-07-03

_____
NOTARY PUBLIC, Cameron County


GOVERNMENT
EXHIBIT
3

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § CIVIL ACTION NO. B-0' |
| V | §\ |
| | § |
| NINETEEN THOUSAND AND FIVE HUNDRED DOLLARS | |
| ($19,500.00) IN UNITED STATES CURRENCY | |

### PUBLISHER'S AFFIDAV

**NOTICE OF SEIZURE AND PROCESS**

Notice is hereby given that on November 8, 2001,
United States of America filed a Complaint for Forfe
against the property cited above. A Warrant of Seizure
Monition was issued by the Clerk of the Court upon the f
of the Verified Complaint for Forfeiture in the above r
enced action. Anyone with an interest in the above prope
who seeks to contest the forfeiture must intervene by fili
claim in the manner set forth in the Supplemental Rules
Certain Admiralty and Maritime Claims, no later than
**days** after date of service and must serve and file a
answer within twenty **(20)** days after the date of filing of
claim. Anyone with interest in the above properties who d
not seek to contest the forfeiture but wishes to file a peti
for remission or mitigation must do so pursuant to the pro
dures mandated in 28 C.F.R. 9. Any additional copy of s
petition must be filed with the U.S. District Clerk's Office,
E. Harrison Street, Brownsville, Texas with a copy to Ro
G. Morgan, Assistant U.S. Attorney, 600 E. Harrison Str
#201, Brownsville, Texas 78520-7114.

STATE OF TEXAS
COUNTY OF CAMERON

_____Ricardo Acosta_____, being duly sw
the bookkeeper of the Brownsville Herald and that the at

Notice Of Seizure And Process

appeared in the following issues _____ November 25, 2

#4745_____



Subscribed and sworn before me this_____27th____ day of _____November_____
A.D. 2001

OLGA SALDIVAR
Notary Public
STATE OF TEXAS
My Comm. Exp 7-07-03

_Saldivar_____
NOTARY PUBLIC, Cameron County

GOVERNMENT
EXHIBIT
4

Case 1:01-cv-00185   Document 7   Filed in TXSD on 01/08/2002   Page 9 of 21

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXA
BROWNSVILLE DIVISION

UNITED STATES OF AMERICA                  §
                                          § CIVIL ACTION NO. B-
              V.                          §
                                          §
NINETEEN THOUSAND AND FIVE HUNDRED DOLLARS
($19,500.00) IN UNITED STATES CURRENCY

**NOTICE OF SEIZURE AND PROCES**

Notice is hereby given that on November 8, 200
United States of America filed a Complaint for For
against the property cited above. A Warrant of Seizure
Monition was issued by the Clerk of the Court upon the
of the Verified Complaint for Forfeiture in the above
enced action. Any person with an interest in the above prop
who seeks to avoid the forfeiture must intervene by fi
claim... Supplemental Rule
Certain Admiralty and Maritime Claims no later tha
days after date of service and must serve and file
answer within twenty (20) days after the date of filing o
claim. Anyone with interest in the above properties who
not seek to contest the forfeiture but wishes to file a pe
for remission or mitigation must do so pursuant to the pr
dures mandated in 28 C.F.R. the Any additional copy of
petition must be filed with the U.S. District Clerk's Office
E. Harrison Street, Brownsville, Texas with a copy to Ro
G. Morgan, Assistant U.S. Attorney 600 E. Harrison St
#201, Brownsville, Texas 78520-7114.

# PUBLISHER'S AFFIDA

### STATE OF TEXAS
### COUNTY OF CAMERON

_____**Ricardo Acosta**_____, being duly sw
the bookkeeper of the Brownsville Herald and that the a

**Notice Of Seizure And Process**


appeared in the following issues _____ December 2, 2(

**#4745**_____

_Ricardo Acosta_

Subscribed and sworn before me this____**2nd**____ day of _____**January**_____
A.D. 2002

OLGA SALDIVAR
Notary Public
STATE OF TEXAS
My Comm. Exp. 7-07-03

_____
NOTARY PUBLIC, Cameron County

GOVERNMENT
EXHIBIT
5

# *SANTIAGO GALARZA*
*Attorney at Law*

THE 700 BUILDING
700 Paredes Ave., Suite #206
Brownsville, Texas 78521
Tel. (956) 982-1984
Fax (956) 982-2499
e-mail: SGLAW1993@aol.com

November 26, 2001

Mr. George Rodriguez Rangel and
Mrs. Nelda Tovar Rangel
1900 Coffee Port Rd., L-3
Brownsville, Texas 78520

      RE:   Civil No. B-01-185; United States of America vs. Nineteen Thousand Five Hundred
          Dollars ($19,500.00) in United States Currency

Dear Mr. and Mrs. Rangel:

      Thank you for the opportunity to represent you in the above numbered and styled case which
consists of the seizure and forfeiture of $19,500.00. This correspondence will notify you of the fact
that we will not be able to assist you in connection with this matter. We will take no further action
on this claim and are returning your file to you.

      Please understand that since we have decided not to pursue any further legal action on your
behalf in this matter this should in no way be considered a representation of the factual or legal
validity of your claim. Furthermore, it is not meant to be a representation to you as to the likelihood
of a recovery or non-recovery in your claim.

      Should you decide that you wish to pursue this matter further, I urge you to immediately
contact legal representation to ensure that any legal rights you currently possess will continue to be
adequately protected as time passes. To secure counsel you may contact any lawyer of your choice,
or the Cameron County Bar Association Lawyer Referral Service, which will refer you to a number
of competent attorneys who may be willing to handle your case. Additionally, please be advised that
since you have been served with notice of the Verified Complaint for Forfeiture in Rem you must
respond within 20 days after service or judgment by default will be taken and you will loose any
interest in the currency claimed. Finally, you have also received Plaintiff's First set of Interrogatories
which you must also answer within 30 days after service if you want to proceed with the case.

      We regret we could not be of further assistance to you on this matter and thank you for
having given us the opportunity to represent you in this case.

GOVERNMENT
EXHIBIT
6

FROM :                          FAX NO. :                    Nov. 27 2001 11:35AM  P3

Very truly yours,

LAW OFFICE OF
SANTIAGO GALARZA

By:
Santiago Galarza

enclosures:
       as stated

xc:    Mr. Ron Morgan                 VIA FAX (956) 548-2711

# VOLUNTARY DISCLAIMER OF INTEREST AND OWNERSHIP

STATE OF TEXAS        )(

COUNTY OF CAMERON  )(

TO WHOM IT MAY CONCERN:

      THAT I, George Rodriguez Rangel, DOB 10-15-64 hereby disclaim any and all interest I may have in the Package of unknown amount in United States Currency. I further waive the right to plead or answer in any forfeiture action concerning the above referenced currency, seized from me, on this ___3 rd___ day of ___July___, 2001. I herein waive and disclaim, any and all interests in the currency sought to be forfeited, and agree that this cause may be tried and judgment entered without further notice to me.

      The undersigned hereby declares that he/she has completely read or has had the above explained to him/her and fully understands and voluntarily accepts the terms contained herein.

_George Rangel_
CLAIMANT

_[signature]_ # 4493
WITNESS

      Subscribed and sworn to before me, a notary public, on this ___3___ day of ___July___, 2001.

_Albert T._
Notary Public

My Commission expires:

_05-18-2002_
(Seal)



ALBERT TORIZ
Notary Public
State of Texas
My Comm. Exp. 05-18-2002



GOVERNMENT EXHIBIT
7

# VOLUNTARY DISCLAIMER OF INTEREST AND OWNERSHIP

STATE OF TEXAS )(

COUNTY OF CAMERON )(

TO WHOM IT MAY CONCERN:

    THAT I, _Victoriano Contreras_ _DOB 12-23-65_ hereby disclaim any and all interest I may have in the _Package of unknown amount_ in United States Currency. I further waive the right to plead or answer in any forfeiture action concerning the above referenced currency, seized from me, on this __3 rd__ day of ___July___ , _2001_. I herein waive and disclaim, any and all interests in the currency sought to be forfeited, and agree that this cause may be tried and judgment entered without further notice to me.

    The undersigned hereby declares that he/she has completely read or has had the above explained to him/her and fully understands and voluntarily accepts the terms contained herein.

                            _Victoriano Contreras_
                            CLAIMANT

                            _# 4493_
                            WITNESS

    Subscribed and sworn to before me, a notary public, on this __3__ day of ___July___ , _2001_.

                            Notary Public

My Commission expires:

_05-18-2002_
(Seal)

ALBERT TORIZ
Notary Public
State of Texas
My Comm. Exp. 05-18-2022

GOVERNMENT
EXHIBIT
8

Case 1:01-cv-00185   Document 7   Filed in TXSD on 01/08/2002   Page 14 of 21

# SANTIAGO GALARZA
**Attorney at Law**

THE 700 BUILDING
700 Paredes Ave., Suite #206
Brownsville, Texas 78521
Tel (956) 982-1984
Fax (956) 982-2499
e-mail: SGLAW1993@aol.com

September 12, 2001

Special Agent in Charge
Federal Bureau of Investigation
ATTN: FORFEITURE PARALEGAL SPECIALIST
615 E. Houston Street, Room 200
San Antonio, Texas 78205

RE:   CLAIM AND PETITION FOR REMISSION AND MITIGATION
      Case No.:          01-FBI-003721
      Seizure No.:        3770010068
      Asset Description :  $19,500.00

Dear Sir/Madam:

Enclosed herewith please find the original and three copies of the Claim and Petition for Remission and Mitigation for the above numbered case. Please note that I am asking that this claim also be taken as a Petition for Remission and Mitigation and will be forwarding the proof of ownership, which will include income tax records, etc., as soon as they are provided to me from my clients.

If you have any questions, please feel free to call.

Thank you for your assistance in this matter.

Sincerely,

LAW OFFICE OF
SANTIAGO GALARZA

By: _____
    Santiago Galarza

enclosures:
    as stated



Case 1:01-cv-00185 Document 7 Filed in TXSD on 01/08/2002 Page 15 of 21

**CASE NO. 01-FBI-003721**
**SEIZURE NO. 3770010068**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **NINETEEN THOUSAND** | § | **CASE NO. 01-FBI-003721** |
| **FIVE HUNDRED (19,500.00)** | § | **SEIZURE NO. 3770010068** |
| **U. S. CURRENCY** | § | |

**CLAIM AND**
**PETITION FOR REMISSION AND MITIGATION**

COMES NOW, GEORGE RANGEL RODRIGUEZ and his wife, NELDA RANGE, by and through their attorney SANTIAGO GALARZA and files this their Claim and Petition for Remission and Mitigation in the above case number and would show the following:

I.

On or about July 3, 2001, NINETEEN THOUSAND FIVE HUNDRED DOLLARS ($19,500.00) IN UNITED STATES CURRENCY was seized by the Federal Bureau of Investigation at Brownsville, Texas of which GEORGE RANGEL RODRIGUEZ and his wife, NELDA RANGEL, are the owners .

II.

GEORGE RANGEL RODRIGUEZ and his wife, NELDA RANGEL make this Claim and would show that their interest in the NINETEEN THOUSAND FIVE HUNDRED DOLLARS ($19,500.00) IN UNITED STATES CURRENCY is valid and that it was obtained in good faith (income tax records and other information will be forthcoming). Furthermore, the NINETEEN THOUSAND FIVE HUNDRED DOLLARS ($19,500.00) IN UNITED STATES CURRENCY was not used for any illegal use. Additionally, GEORGE RANGEL RODRIGUEZ would show this court that the conveyance was seized but no drugs or other illegal activity was found to have occurred and

Case 1:01-cv-00185   Document 7   Filed in TXSD on 01/08/2002   Page 16 of 21

in addition GEORGE RANGEL RODRIGUEZ was not arrested or indicted for any criminal activity.

III.

GEORGE RANGEL RODRIGUEZ and his wife, NELDA RANGEL are Brownsville residents and are the parents of three young children. GEORGE RANGEL RODRIGUEZ, with their children reside in Brownsville, Texas at 1900 Coffeeport, Apt. L3 in Brownsville, Cameron County, Texas. GEORGE RANGEL RODRIGUEZ and his wife, NELDA RANGEL and their family have been severely punished by the NINETEEN THOUSAND FIVE HUNDRED DOLLARS ($19,500.00) IN UNITED STATES CURRENCY being seized on July 3, 2001.

IV

GEORGE RANGEL RODRIGUEZ and his wife, NELDA RANGEL, hereby ask for forgiveness if any of their actions were wrong or have caused any severe consequences to the United States Customs Service or to any other agency. GEORGE RANGEL RODRIGUE have not been a public charge to the United States and GEORGE RANGEL RODRIGUEZ. has a steady history of work in the United States.

V.

In the interest of justice, GEORGE RANGEL RODRIGUEZ, hereby state that they have been punished enough and are still suffering and are being punished for any mistakes that they have done. GEORGE RANGEL RODRIGUEZ would suffer extreme hardship if the NINETEEN THOUSAND FIVE HUNDRED DOLLARS ($19,500.00) IN UNITED STATES CURRENCY is seized. GEORGE RANGEL RODRIGUEZ and his family are not a public charge to the United States and acquired the money legally.

WHEREFORE, Petitioners, respectfully files this claim and the enclosed money and cost bond

form as they are the owners of said NINETEEN THOUSAND FIVE HUNDRED DOLLARS

($19,500.00) IN UNITED STATES CURRENCY.

Respectfully submitted,

LAW OFFICES OF
SANTIAGO GALARZA
700 Paredes Ave., Suite #206
Brownsville, Texas 78521
Tel/ (956) 982-1984
Fax/ (956) 982-2499

SANTIAGO GALARZA
State Bar No. 00787508
County Id No. 424501
Attorney for Petitioners

Case 1:01-cv-00185   Document 7   Filed in TXSD on 01/08/2002   Page 18 of 21

# VERIFICATION

STATE OF TEXAS          *
                        *
COUNTY OF CAMERON    *

BEFORE ME, the undersigned Notary Public, on this day personally appeared GEORGE

RANGEL RODRIGUEZ, who being by me duly sworn on his oath deposed and said that he is the

claimant in the above numbered and styled case; that he has read the above and foregoing CLAIM

AND PETITION FOR REMISSION AND MITIGATION; and that every statement contained

therein is true and correct to the best of his knowledge.

GEORGE RANGEL RODRIGUEZ

SUBSCRIBED TO AND SWORN before me on this _____ day of September, 2001.

Notary Public — State of Texas

**ERIC BARRON**
Notary Public, State of Texas
My Commission Expires
May 30, 2004

## CERTIFICATE OF SERVICE

I hereby certify that on this the _____*6th*_____ day of January, 2002, a true and correct copy

of the above **MOTION FOR JUDGMENT BY DEFAULT & ENTRY of FINAL ORDER**

**OF FORFEITURE**  was sent, via first-class mail, return receipt requested, to Claimants at the

address listed below.


GEORGE & NELDA RANGEL
1900 Coffeeport, Apt L3
Brownsville, Texas 78521


RONALD G. MORGAN
Assistant U.S. Attorney

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § CIV. NO. B-01-185 |
| | § |
| NINETEEN THOUSAND FIVE HUNDRED DOLLARS | § |
| ($19,500.00) IN UNITED STATES CURRENCY | § |
| Defendant. | § |

## ORDER

The United States of America has moved for entry of a Judgment by Default and a Final

Order of Forfeiture.  The Plaintiff has shown that there was reasonable cause for seizure of the

Defendant Currency, that all potential claimants were served with notice of the action, and that

no person has filed a valid claim to the Complaint.  Based upon the facts presented, the Court

**GRANTS** Plaintiff's motion and it is hereby **ORDERED**:

1.      That a judgment by default is entered against Nineteen Thousand Five Hundred

dollars ($19,500.00) in United States currency, the Defendant Currency;

2.      That all persons, including George Rangel Rodriguez and Nelda Rangel, claiming

any right, title or interest in or to the Defendant Currency are held in default;

3.      That the Defendant Currency is forfeited to the United States of America; and

4.      That the United States Marshals Service shall dispose of the Defendant Currency

in accordance with law.

**THIS IS THE FINAL ORDER OF FORFEITURE.**

Signed this _____ day of _____, 2002, at Brownsville, Texas.


_____
JUDGE PRESIDING