UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 1 2 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| Plaintiff, | § § § |
| v. | § CIV. NO. B-01-185 |
| NINETEEN THOUSAND FIVE HUNDRED DOLLARS ($19,500.00) IN UNITED STATES CURRENCY | § § § |
| Defendant. | § |

## MOTION TO SUPPLEMENT FILING

The United States of America, Plaintiff, through its United States Attorney and Assistant United States Attorney, Ronald G. Morgan, files this, its Motion to Supplement a prior filing, and would show as follows:

On January 8, 2002, Plaintiff ("Government") filed its Motion for Default Judgment and Entry of Final Order of Forfeiture. At the time of that filing, the Government attached nine Government exhibits, Government Exhibits one through nine, to its motion. The Government now seeks to supplement that filing with Government Exhibit ten. This exhibit reflects service upon Claimants of the January Motion for Default Judgment and for Entry of Final Order of Forfeiture. As reflected in Government Exhibit ten, Claimant, Nelda Rangel, signed for receipt of a copy of the Motion for Default on January 19, 2002. Despite this service, Claimants have still failed to file any claim, statement of interest, or any documentation reflecting a legitimate interest in the Defendant Currency, which they disclaimed at the time of its discovery and seizure by the Government. Thus, Government Exhibit ten is relevant and may be of assistance to the Court in resolving the Government's pending motion.

For the above reasons, the Government requests this Court to permit the supplement of the Government's previously filed motion with the attached Government Exhibit ten.

Respectfully submitted,

MICHAEL T. SHELBY
United States Attorney

By: /s/ Ronald G. Morgan
RONALD G. MORGAN
Assistant U. S. Attorney
Federal Bar No. 23902
TX Bar No. 00795014
600 East Harrison, # 201
Brownsville, Texas 78520
Tel No. (956) 548-2554


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above **MOTION TO SUPPLEMENT FILING** was sent, via first-class mail, return receipt requested, to counsel for the claimant to the address listed below on this 12th day of March, 2002.

GEORGE & NELDA RANGEL
1900 Coffeeport, Apt L3
Brownsville, Texas 78521

/s/ Ronald G. Morgan
RONALD G. MORGAN
Assistant U.S. Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIV. NO. B-01-185 |
| | § | |
| NINETEEN THOUSAND FIVE HUNDRED DOLLARS | § | |
| ($19,500.00) IN UNITED STATES CURRENCY | § | |
| Defendant. | § | |

## ORDER

The Government has filed a Motion to Supplement Filing. The Court, having considered the motion, hereby **ORDERS** that the supplemental filing is permitted and will be considered in resolution of the Government's pending Motion for Default Judgment and Entry of Final Order of Forfeiture.

Signed this _____ day of _____, 20002, at Brownsville, Texas.

_____
JUDGE PRESIDING

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): Nelda Rangel
B. Date of Delivery: 1/19/02
C. Signature: X _____ ☐ Agent ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes   If YES, enter delivery address below: ☐ No

1. Article Addressed to: --ag--
George & Nelda Rangel
1900 Coffeport, Apt. L3
Brownsville, TX 78521

Re: M/For Default Judgment & Entry
    of Final Order of Forfeiture
    B-01-185

3. Service Type
☒ Certified Mail     ☐ Express Mail
☐ Registered         ☐ Return Receipt for Merchandise
☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Ar
70(

PS F(                                    02595-99-M-1789

---

UNITED STATES POSTAL SERVICE
MCALLEN TX
PM 19 JUL 2002

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

- Sender: Please print your name, address, and ZIP+4 in this box

US ATTORNEYS OFFICE
600 E HARRISON ST #201
BROWNSVILLE TX 78520-7114

RECEIVED BY
2 JAN 23 PM 9:11
DISTRICT
BROWNSVILLE TX

GOVERNMENT
EXHIBIT
10