9

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 1 9 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| | § | CIVIL ACTION NO. B-01-185 |
| NINETEEN THOUSAND FIVE HUNDRED | § | |
| DOLLARS ($19,500) IN UNITED STATES | § | |
| CURRENCY | § | |
| Defendant. | § | |

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

### BACKGROUND

On November 8, 2001, Plaintiff filed its Complaint for Forfeiture In Rem seeking forfeiture of the Defendant's currency as the proceeds of, or as property used or intended to be used to facilitate a drug transaction in violation of 21 U.S.C. § 801 et. seq. On November 9, 2001, a copy of the complaint was served by certified mail, return receipt requested, on counsel for claimants and upon claimants, George and Nelda Rangel. At the time of service of the complaint upon claimants, they were also served with the Government's first set of interrogatories.

In accordance with Rule C(4) of the Supplemental Rules for Certain Admiralty and Maritime Claims ("Supplemental Rules"), notice of forfeiture was published in the "Brownsville Herald" newspaper for three consecutive weeks. Pursuant to Supplemental Rule C(6), as amended, a claimant is required to file a verified statement of interest or claim within 20 days of

1

the earlier of receiving actual notice of the Government's filing of the forfeiture in rem action or completion of notice by publication. According to Supplemental Rule C(6), an answer must then be filed within 20 days after filing the claim or statement of interest.

On November 26, 2001, counsel for the Government received a courtesy copy of a letter from claimants' counsel to the claimants. In the letter, claimants' counsel notified his clients of his inability to further represent them in the matter of the forfeiture. In the same letter, claimants' counsel informed his clients of the time requirements regarding the filing of a statement of interest and an answer to the complaint. To date, nothing has been filed by the claimants.

## ANALYSIS

More than sixty days have past since personal service of the complaint was effected upon the claimants. Furthermore, more than thirty-five days have passed since notice by publication was completed. To date, no one, including George and Nelda Rangel, has filed a claim or statement of interest to Defendant currency. Pursuant to the Provisions of Rule 55(b)(2) of the Federal Rules of Civil Procedure, a Judgment by Default and entry of a Final Order of Forfeiture against the Defendant currency is warranted in this case.

## RECOMMENDATION

For the reasons state above, Plaintiff's Motion for Default Judgment and Entry of Final Order of Default should be GRANTED.

A party's failure to file written objections to the proposed findings, conclusion, and recommendation in a magistrate judge's report and recommendation within 10 days after being served with a copy shall bar that party, except upon the grounds of plain error, from attacking on

appeal the unobjected-to proposed factual findings and legal conclusion accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure to object. *Douglass v. United States Automobile Association*, 79 F.3d 1415 (5th Cir. 1996).

DONE at Brownsville, Texas this 13th day of March, 2002.

                                                Felix Recio
                                        United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br><br>NINETEEN THOUSAND FIVE HUNDRED<br>DOLLARS ($19,500) IN UNITED STATES<br>CURRENCY<br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. B-01-211 |

## ORDER

Before the court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file and the pleadings filed therein, the Magistrate's Report and Recommendation is hereby ADOPTED, and Plaintiff's Motion for Default Judgment and Entry of Final Order of Forfeiture (Docket #7) is hereby GRANTED.


DONE in Brownsville, Texas on this _____ day of _____, 2002.


_____
Hilda Tagle
United States District Judge