UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 10 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | |
| § | CIVIL ACTION NO. B-01-185 |
| NINETEEN THOUSAND FIVE HUNDRED § | |
| DOLLARS ($19,500) IN UNITED STATES § | |
| CURRENCY § | |
| Defendant. § | |

## ORDER

Before the court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file and the pleadings filed therein, the Magistrate's Report and Recommendation is hereby ADOPTED, and Plaintiff's Motion for Default Judgment and Entry of Final Order of Forfeiture (Docket #7) is hereby GRANTED.

DONE in Brownsville, Texas on this __8__ day of __May__, 2002.

_____
Hilda Tagle
United States District Judge